

1   C. Dennis Loomis (82359)
2   BAKER & HOSTETLER LLP
    11601 Wilshire Boulevard, Suite 1400
3   Los Angeles, CA  90025-0509
    Telephone:  310.820.8800
4   Facsimile:  310.820.8859
    Email:      cdloomis@bakerlaw.com
5   Attorneys for TRE MILANO, LLC, a
6   California limited liability company

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  TRE MILANO, LLC, a California       Case No.: **CV14-07605** JAK(AGR)
    limited liability company,
12                                       **COMPLAINT FOR**
                Plaintiff,               **DECLARATORY RELIEF**
13
14          v.

15  SPECTRUM BRANDS, INC., a
    Wisconsin corporation, and ROVCAL,   **DEMAND FOR JURY TRIAL**
16  INC., a Wisconsin corporation,

17              Defendants.

18

19       Plaintiff TRE MILANO, LLC ("Tre Milano"), by and through its

20  undersigned counsel, for its claims for relief against Defendants SPECTRUM

21  BRANDS, INC. ("Spectrum") and ROVCAL, INC. ("Rovcal") alleges as follows:

22                      **NATURE OF ACTION**

23       1.    This is an action for, *inter alia*, declaratory relief under the

24  Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the Lanham Act, 15

25  U.S.C. § 1051 *et seq.*

26       2.    Tre Milano brings this action seeking at least the following

27  declarations: (i) Tre Milano's use of the words "Wet 2 Dry" and "Wet to Dry" does

28  not infringe Rovcal's Wet2Straight trademark, Reg. No. 3,112,798, or otherwise

---

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

infringe any legally protectable proprietary right of Spectrum or Rovcal (Spectrum and Rovcal will sometimes be referred to collectively herein as "Defendants"), (ii) Tre Milano's use of the words "Wet 2 Dry" and "Wet to Dry" does not violate California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200 *et seq*. Copies of Tre Milano's use of the words "Wet 2 Dry" and "Wet to Dry" and Rovcal's Wet2Straight trademark registration certificate are attached hereto as Exhibits 1, 2, and 3, respectively.

## THE PARTIES

3.     Plaintiff Tre Milano is a limited liability company organized and existing under the laws of the State of California, with its principal place of business located in Los Angeles, California.  Plaintiff has built a successful and world famous global consumer hair products business on its famous INSTYLER® house and line brand.

4.     Upon information and belief, Defendant Spectrum is a corporation organized and existing under the laws of the State of Wisconsin, with its principal place of business located in Madison, Wisconsin.  Spectrum manufactures and sells a line of men's and women's personal care products under the REMINGTON® house mark.

5.     Upon information and belief, Defendant Rovcal is a corporation organized and existing under the laws of the State of Wisconsin, with its principal place of business located in Madison, Wisconsin.  Rovcal is a wholly owned subsidiary of Spectrum and is the registrant of the Wet2Straight trademark.

## JURISDICTION AND VENUE

6.     This Complaint for declaratory relief arises under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the Lanham Act, 15 U.S.C. § 1051 *et seq*.  This Court has subject matter jurisdiction over Plaintiff's declaratory judgment claims pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202, and pursuant to 15 U.S.C. § 1121.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT FOR DECLARATORY RELIEF

605154625

7.      This Court has supplemental jurisdiction over Plaintiff's claim for non-violation of California's UCL pursuant to 28 U.S.C. § 1367(a) because this claim is so related to the federal claims brought herein as to form part of the same case or controversy, and the claims derive from a common nucleus of operative fact.

8.      This Court has personal jurisdiction over Defendants because, *inter alia*, Defendants have continuous and systematic contacts with the State of California including conducting substantial and regular business therein through the marketing, distribution, and sales of their REMINGTON® line of products, including on information and belief the Wet2Straight product that is at issue in this litigation.

9.      Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b)-(c) because Defendants are subject to this Court's personal jurisdiction with respect to this civil action and thus are deemed to reside in this Judicial District.

10.     An actual case or controversy has arisen between the parties. Spectrum has threatened litigation against Tre Milano, and has asserted that Tre Milano's sue of the words "Wet 2 Dry" and "Wet to Dry" constitutes trademark infringement. These statements and the express written threats of initiating trademark infringement litigation against Tre Milano threaten injury to Tre Milano.

**FACTUAL BACKGROUND**

11.     Tre Milano uses the words "Wet 2 Dry" in the marketing and packaging of one of its INSTYLER® product models, a patented rotating cylinder hair styling tool. The marketing and packaging of this hair tool prominently and unmistakably proclaims that it is an INSTYLER® brand product. This hair tool is not a flat iron styling tool.

12.     The phrase "wet 2" is a descriptive reference to the function of the rotating cylinder hair styling tool. The phrase indicates that the tool may be used

- 3 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

605154625

on wet hair, and that the tool both styles the hair and dries the hair.  The phrase "wet 2" is used in the marketing and packaging of numerous third-party hair styling products unrelated to Tre Milano.

13.    Spectrum sells the REMINGTON® WET2STRAIGHT® product, a flat iron hair styling tool.

14.    R. Charles Henn Jr., an attorney at Kilpatrick Townsend & Stockton LLP, counsel to Spectrum, sent a letter dated April 9, 2014, to Tre Milano in which Mr. Henn threatened Tre Milano with litigation.  A copy of that letter is attached as Exhibit 4 hereto.  Mr. Henn claimed that Spectrum is the owner of the Wet2Straight trademark, Reg. No. 3,112,798.  Mr. Henn further claimed that "Spectrum also has developed trademark rights in other 'WET2' marks, including WET2WAVES™ hair waver and the WET2STYLED™ straightener and waver combo pack."  Mr. Henn further claimed that the "WET2" portion of these marks is a source identifier for REMINGTON® styling tools, and that Tre Milano's use of the words "Wet 2 Dry" "amounts to trademark infringement under the Lanham Act and violates federal and California unfair competition statutes."  Mr. Henn demanded that Tre Milano "(1) permanently cease and desist from marketing, advertising, offering for sale, and selling any products using the 'WET 2' mark, or any other mark confusingly similar to the WET 2 Marks; (2) destroy all sales brochures, coupons, business cards, letterhead, signage, or other promotional materials bearing these terms; and (3) provide information regarding the total number of units of InStyler 'Wet 2 Dry' rotating irons that have been sold, as well as an identification of all retail stores or websites where such products have been sold."  Mr. Henn threatened to "initiate infringement litigation against Tre Milano" if Tre Milano did not comply with these demands.

15.    While maintaining that the words "Wet 2 Dry" do not infringe the Wet2Straight trademark, Tre Milano has offered to use the words "Wet to Dry" instead of "Wet 2 Dry" to identify its rotating cylinder hair styling tool.  Mr. Henn

- 4 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

605154625

1  sent a letter dated June 17, 2014, to counsel for Tre Milano stating that "if Tre
2  Milano's proposal is simply to change the number '2' to the word 'to,' that is
3  unacceptable." A copy of that letter is attached as Exhibit 5 hereto.

4      16.    In a letter dated September 15, 2014, and sent to counsel for Tre
5  Milano, Mr. Henn asked "that Tre Milano provide us with mock-ups of the
6  proposed packaging and online/in-store marketing" showing how the "wet to dry"
7  wording would be used, and to do so by September 30, 2014, or else Spectrum
8  would initiate litigation against Tre Milano. A copy of that letter is attached as
9  Exhibit 6 hereto.

10     17.    There is no infringement in using the words "Wet 2 Dry" or "Wet to
11 Dry" in the marketing and packaging of the INSTYLER® rotating cylinder hair
12 styling tool because, *inter alia*, there is no likelihood of confusion, mistake or
13 deception with any REMINGTON® product.

14     18.    Using the words "Wet 2 Dry" or "Wet to Dry" does not constitute an
15 unlawful, unfair or fraudulent business act or practice, or unfair, deceptive, untrue
16 or misleading advertising.

17 **FIRST CLAIM FOR RELIEF**

18 **(Declaratory Judgment of Non-Infringement of Trademarks)**

19     19.    Tre Milano incorporates by reference the allegations contained in
20 paragraphs 1 through 18 inclusive.

21     20.    Defendants have claimed that Tre Milano's use of the words "Wet 2
22 Dry" and "Wet to Dry" constitutes trademark infringement, and have threatened to
23 bring a lawsuit against Tre Milano on this basis.

24     21.    An actual, present, and justiciable controversy has arisen between Tre
25 Milano and Defendants concerning Tre Milano's right to use the words "Wet 2
26 Dry" and "Wet to Dry."

27     22.    Tre Milano seeks declaratory judgment from this Court that its use of
28 the words "Wet 2 Dry" and "Wet to Dry" does not constitute trademark

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -

605154625

infringement or otherwise constitute actionable infringement of any proprietary right of Defendants, or either of them.

## SECOND CLAIM FOR RELIEF

### (Declaratory Judgment of Non-Violation of California's UCL)

23.     Tre Milano incorporates by reference the allegations contained in paragraphs 1 through 18 and 20 through 22 hereof, inclusive.

24.     Defendants have claimed that Tre Milano's use of the words "Wet 2 Dry" and "Wet to Dry" constitutes a violation of California's UCL, Cal. Bus. & Prof. Code §§ 17200 *et seq*, and have threatened to bring a lawsuit against Tre Milano on this basis.

25.     An actual, present, and justiciable controversy has arisen between Tre Milano and Defendants concerning Tre Milano's right to use the words "Wet 2 Dry" and "Wet to Dry."

26.     Tre Milano seeks declaratory judgment from this Court that its use of the words "Wet 2 Dry" and "Wet to Dry" does not violate California's UCL.

## PRAYER FOR RELIEF

WHEREFORE, Tre Milano respectfully requests that the Court:

27.     Enter judgment according to the declaratory relief sought;

28.     Award Tre Milano its costs in this action;

29.     Enter such other, further or different relief to which Tre Milano may be entitled as a matter of law or equity, or which the Court determines to be just and proper.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 6 -

605154625

1

## **DEMAND FOR JURY TRIAL**

2      Pursuant to Federal Rule of Civil Procedure 38 and Local Civil Rule 38-1,

3  Tre Milano hereby demands a jury trial on all issues so triable.

4

5  Dated:  September 30, 2014          Respectfully submitted,

6

7                                      BAKER & HOSTETLER LLP

8                                      By:  C. Dennis Loomis

9                                           C. Dennis Loomis

10                                     Attorneys for TRE MILANO, LLC, a
                                       California limited liability company

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 7 -

**EXHIBIT 1**



EXHIBIT 1
Page 8

**EXHIBIT 2**



EXHIBIT 2
Page 9

**EXHIBIT 3**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,112,798
Registered July 4, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# Wet2Straight

ROVCAL, INC. (CALIFORNIA CORPORATION)
601 RAYOVAC DRIVE
LAW DEPARTMENT
MADISON, WI 53711

FOR: ELECTRIC HAIR STRAIGHTENER WHICH ALSO ALLOWS HAIR TO DRY WITHOUT DAMAGE OR OVERDRYING, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-15-2004; IN COMMERCE 6-15-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-432,106, FILED 6-9-2004.

SUE LAWRENCE, EXAMINING ATTORNEY

EXHIBIT 3
Page 10

**EXHIBIT 4**



**KILPATRICK
TOWNSEND**

ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP

www.kilpatricktownsend.com

Suite 2800, 1100 Peachtree Street NE
Atlanta, GA 30309-4528
t 404 815 6500  f 404 815 6555

direct dial 404 815 6572
direct fax 404 541 3240
CHenn@kilpatricktownsend.com

April 9, 2014

*Via Certified Mail*

Tre Milano, LLC
5826 Uplander Way
Culver City, California 90230

Mark D. Friedman
Registered Agent for Tre Milano, LLC
11812 San Vicente Blvd, 4th Floor
Los Angeles, CA 90049

Re:    Infringement of Spectrum Brands' "WET2" Marks

Dear Sirs:

We represent Spectrum Brands, Inc. and its wholly-owned subsidiary Rovcal, Inc. (collectively "Spectrum") in intellectual property matters.  Spectrum is a consumer products company and a leading supplier of a wide variety of products, among them, shaving and grooming products, hair styling products, personal care products,  batteries, portable lighting products, specialty pet supplies, lawn & garden, and insect and pest control products.

Spectrum manufactures and sells under the well-known REMINGTON® house mark a line of men's and women's personal care products including hair dryers, hair stylers, hair brushes, electric shavers, hair trimmers, body groomers, and related products. For nearly a decade, Spectrum has sold the REMINGTON® WET2STRAIGHT® flat iron styling tool, a unique flat iron. *See* **Exhibit A**. The WET2STRAIGHT® flat iron styling tool has been extremely successful in the marketplace and is offered for sale directly from www.remingtonproducts.com, as well as through Target, Walmart, Bed Bath & Beyond, Amazon.com, and Ulta, all of which are among the top retailers for personal grooming products. Spectrum's WET2STRAIGHT® flat iron styling product performs well among consumers, with top ratings at both ulta.com and bedbathandbeyond.com. *See* **Exhibit B**.

Spectrum owns a federal trademark registration for the mark WET2STRAIGHT® for use in connection with an "electric hair straightener which also allows hair to dry without damage or overdrying" in Class 9 (Reg. No. 3,112,798).[1] In addition to the distinctive WET2STRAIGHT® mark, Spectrum also has developed trademark rights in other "WET2" marks, including

---

[1] Spectrum also owns federal registrations in Australia (Reg. No. 992282), Canada (Reg. No. TMA711044), and New Zealand (Reg. No. 709191) for electric hair straighteners in Class 9.

ATLANTA  AUGUSTA  CHARLOTTE  DENVER  LOS ANGELES  NEW YORK  RALEIGH  SAN DIEGO  SAN FRANCISCO
SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM

EXHIBIT 4
Page 11

April 9, 2014
Page 2

WET2WAVES™ hair waver and the WET2STYLED™ straightener and waver combo pack. *See* **Exhibit C**. Consumers thus recognize not only the entire WET2STRAIGHT® mark as a source identifier for Spectrum's unique flat iron styling tool within its REMINGTON® line of products, but also have come to recognize the "WET2" portion of these marks as a source identifier for Spectrum's REMINGTON® styling tools (collectively, the "WET2 Marks").

Our client has recently become aware that Tre Milano, LLC ("Tre Milano") offers a hair styling tool offered under the name "Wet 2 Dry," which is being sold in direct competition with Spectrum's WET2-branded products. *See* **Exhibit D**. Tre Milano's use of the "Wet 2 Dry" name is likely to confuse and mislead consumers into believing that the "Wet 2 Dry" rotating iron is affiliated with, endorsed by, or sold in connection with or for use in conjunction with Spectrum's REMINGTON® "WET 2" products. This activity by Tre Milano amounts to trademark infringement under the Lanham Act and violates federal and California unfair competition statutes (Cal. Bus. & Prof. Code §§17200 et seq.).

Spectrum therefore demands that Tre Milano: (1) permanently cease and desist from marketing, advertising, offering for sale, and selling any products using the "WET 2" mark, or any other mark confusingly similar to the WET 2 Marks; (2) destroy all sales brochures, coupons, business cards, letterhead, signage, or other promotional materials bearing these terms; and (3) provide information regarding the total number of units of its InStyler "Wet 2 Dry" rotating iron that have been sold, as well as an identification of all retail stores or websites where such products have been sold. If Tre Milano agrees to these demands, Spectrum is willing to permit Tre Milano to exhaust its current inventory rather than recalling products from retail shelves.

Spectrum wishes to resolve this matter amicably. Nevertheless, in order to protect its valuable intellectual property rights, Spectrum will initiate infringement litigation against Tre Milano in the United States District Court for the Western District of Wisconsin if we do not receive a satisfactory response to Spectrum's demands within **ten (10) days** of this letter.

Best regards,

R. Charles Henn Jr.

EXHIBIT 4
Page 12

# EXHIBIT A

EXHIBIT 4
Page 13

Wet 2 Straight |Women's Hair Care Product Lines | Remington Hair Care, Shave and Grooming Products | Remington Products



Wet 2 Straight | Women's Hair Care Product Lines | Remington Hair Care, Shave and Grooming Products | Remington Products

| Straightener | Straightener | Straightener | Print 1" Straightener |
|---|---|---|---|
| Average of 3 Ratings ★★★★★ | Average of 1 Ratings ★★★★★ | No Ratings | Average of 2 Ratings ★★★★★ |
| $27.99 - In Stock | $27.99 - In Stock | $24.99 - In Stock | $24.99 - In Stock |
| More Info ▸  + Add 🛒 | More Info ▸  + Add 🛒 | More Info ▸  + Add 🛒 | More Info ▸  + Add 🛒 |

**My Account**
Shopping Cart
Checkout
Quick Order
Create Account
Sign-In
Forgot Your Password?
Register My Product

**Remington Products**
Men
Women
Parts & Accessories

**Consumer Service**
Contact Us
Shipping & Delivery
Returns
Authorized Service Dealers
Use & Care Manuals
Material Safety Data Sheets
Where To Buy

**Sign Up to Receive Special Offers**

Go

Privacy Policy   |   Terms of Use   |   ©2011 Spectrum Brands, Inc., All Rights Reserved

EXHIBIT 4
Page 15

# EXHIBIT B

EXHIBIT 4
Page 16



Shop                                    *Search Ulta*                         

(/ulta/cart/cart.jsp)

**FREE SHIPPING** on any $50 purchase.
**FREE SAMPLES** with every order.



## REMINGTON (/ULTA/A/REMINGTON/ /N-1Z141D3?CISELECTOR=SEARCHRESULTS)

# Wet 2 Straight Flat Iron With Soy Hydra Complex

1"

Item #: 2251640

## $27.99

★ ★ ★ ★ ★   3.9

Read **45** Reviews   Write a Review
(/ulta/review/?
pr_page_id=xlslmpprod4740061&pr_source=web)

EXHIBIT 4
Page 17

Qty: 1    ▼

ADD TO BAG

SHARE |

**Options**



Enter Your Zip Code

FIND IN STORE

**Details**

Traditional styling methods of blowdrying then straightening can cause stress and overheating, leaving your hair damaged & brittle. Unique steam vents on top of this flat iron safely remove water from damp hair, allowing you to dry & style at the same time! This creates a longer-lasting beautiful finish.

Soy protein is known for nourishing and moisturizing skin and hair. Next generation ceramic plates on this flat iron are infused with soy hydra conditioners creating healthy, shiny hair. These conditioners last the life of the flat iron, leaving no oily residue.

- Soy Infused Ceramic Plates
- 425F Professional High Heat
- 30 Second Instant Heat
- Auto Shutoff (60 minute)
- Wet/Dry Styling Indicator
- Unique Steam Vents
- Model #: S-7210, S-7230

# Recently **Viewed**

EXHIBIT 4
Page 18

# We Suggest **Also Using**



(/ulta/browse/productDe      (/ulta/browse/productDe      (/ulta/brow
productId=xlslmpprod5:       productId=xlslmpprod1(       productId=

**REMINGTON**              **HOT TOOLS**              **RE\**
**(/ULTA/BROWSE/PR**       **(/ULTA/BROWSE/PR**       **(/ULTA/B**
**ODUCTDETAIL.JSP**        **ODUCTDETAIL.JSP**        **ODUCTD**

# Product **Reviews**

✶ ✶ ✶ ✶ ✶        (based on *45* reviews)

81% of respondents would recommend this to a friend.

| PROS | CONS | BEST USES |
|---|---|---|
| Heats up fast (34) | Damages hair (6) | Frizzy hair (15) |
| Good quality (26) | Time consuming (6) | Long hair (14) |
| Smooths frizz (26) | Snags (4) | Humid conditions (11) |
| Works great (24) | Not effective (3) | Thick hair (11) |
| Multiple settings (23) | Poor quality (3) | Curly hair (10) |

REVIEWER PROFILE:          Survivalist / minimalist (18), Beauty conscious (11), Product junkie (7), Budget
                           shopper (3)

MY BEAUTY ROUTINE TAKES:   10 minutes (3)

**Reviewed by 45 customers**

Sort by   Newest                        ▼

*Displaying reviews 1–10* Back to top                        *Previous | Next »*

EXHIBIT 4
Page 19

★ ★ ★ ★ ★     **Nothing special**

3/6/2014

By *JD.M*

from *Brooklyn NY*

**Comments about** *Remington Wet 2 Straight Flat Iron With Soy Hydra Complex*:

So I wouldn't say it cuts down time on wet hair you still have to pass it on the strand of hair a few times before it's completely dry and flattened. I would say it works better on DAMP hair and dry hair. It straightens as expected.

*Was this review helpful? Yes / No – You may also flag this review*

---

★ ★ ★ ★ ★     **Awesome**

2/18/2014

By *Pals*

from *Mi*         *Back to Top*

About Me *Brand Buyer*

 VERIFIED BUYER

| PROS | CONS | BEST USES |
|------|------|-----------|
| Easy To Use | | On-the-go |
| Effective | | Weekly Use |
| Good Value | | |

**Comments about** *Remington Wet 2 Straight Flat Iron With Soy Hydra Complex*:

Very quick and covers a good surface

    **MY BEAUTY ROUTINE TAKES:**     10 Minutes

*BOTTOM LINE* Yes, I would recommend this to a friend

*Was this review helpful? Yes / No – You may also flag this review*

---

★ ★ ★ ★ ★     **Great flat Iron for not a lot of $$**

2/14/2014

By *brassplayer79*

from *Baltimore, MD*

About Me *Budget Buyer*

 VERIFIED BUYER

| PROS | CONS | BEST USES |
|------|------|-----------|
| Easy To Use | | Daily Use |
| Effective | | Men |
| Good Value | | Women |

EXHIBIT 4
Page 20

**Comments about** *Remington Wet 2 Straight Flat Iron With Soy Hydra Complex*:

I love when my hair looks better flat ironed and I came across this flat iron. i hate spending the time to blow dry my hair first and thought I'd give this a shot for $30. I haven't tried this on hair straight out of the shower, but when my hair is really damp, I get great results and the 2-inch plates allow me to do all of my hair in a short amount of time. (I have very thick, long, wavy hair).

Highly recommend!

**MY BEAUTY ROUTINE TAKES:**        10 Minutes

*BOTTOM LINE* Yes, I would recommend this to a friend

*Was this review helpful? Yes / No – You may also flag this review*

---

★ ★ ★ ★ ★        **love it, bothered by it....**        | 2/13/2014 |

By *KMO*

from *Michigan*

About Me *Budget Buyer*



| PROS | CONS | BEST USES |
|------|------|-----------|
| Easy To Use | Temp Changes On Its Own | Daily Use |
| Good Value | | Women |
| Lightweight | | |

**Comments about** *Remington Wet 2 Straight Flat Iron With Soy Hydra Complex*:

It heats up very fast and does a great job straightening my hair. My hair glides through the iron so nice.

**MY BEAUTY ROUTINE TAKES:**        10 Minutes

*BOTTOM LINE* Yes, I would recommend this to a friend

*Was this review helpful? Yes / No – You may also flag this review*

---

★ ★ ★ ★ ★        **Love It**        | 1/21/2014 |

By *Young at Heart*

from *Denver, CO*

About Me *Budget Buyer*



| PROS | CONS | BEST USES |
|------|------|-----------|
| Easy To Use | | |
| Effective | | |

EXHIBIT 4
Page 21

Great shine
Great texture
Leaves My Hair Smooth
Leaves My Hair Smooth And

**Comments about** *Remington Wet 2 Straight Flat Iron With Soy Hydra Complex*:

My friends at work immediately commented on how great my hair looked, finally!

   **MY BEAUTY ROUTINE TAKES:**          30 Minutes

*BOTTOM LINE* Yes, I would recommend this to a friend

*Was this review helpful? Yes / No - You may also flag this review*

(*0 of 1* customers found this review helpful)                                                          12/23/2013

★ ★ ★ ★ ★          **great purchase**

By *kat*

from *fl*

**Comments about** *Remington Wet 2 Straight Flat Iron With Soy Hydra Complex*:

What a great product for the price

*Was this review helpful? Yes / No - You may also flag this review*

★ ★ ★ ★ ★          **I love this product**                                          12/6/2013

By *Jess*

from *Corpus Christi tx*

About Me *Product Junkie*

 VERIFIED BUYER

**PROS**                    **CONS**                    **BEST USES**

Good Quality              Bulky                     Curly Hair
Heats Up Fast             Snags hair                Humid Conditions
Smooths Frizz                                       Travel
Works Great

**Comments about** *Remington Wet 2 Straight Flat Iron With Soy Hydra Complex*:

Love it

*BOTTOM LINE* Yes, I would recommend this to a friend

*Was this review helpful? Yes / No - You may also flag this review*

EXHIBIT 4
Page 22

(*3 of 3* customers found this review helpful)

11/29/2013

★★★★★     **I look like I just. Came from the salon**

By *Diane the challenged*

from *Tampa FL*

About Me *Minimalist*



| PROS | CONS | BEST USES |
|------|------|-----------|
| Creates Shine | | |
| Good Quality | | |
| Heats Up Fast | | |
| Multiple Settings | | |
| Smooths Frizz | | |
| Works Great | | |

**Comments about** *Remington Wet 2 Straight Flat Iron With Soy Hydra Complex*:

I am hair styling challenged to the max plus. I have simple bob and still the next day any thing nice about my hair was no where to be seen. I would have a halo of firiz no matter what styling gel or hair product I used I was a mess. I asked my stylist about flat irons and she explained what to look for. I went to ulta and checked them out, the reason I choose the wet 2 dry was because I was going on vacation and didn't want to pack a hair dryer and flat iron Well the morning of the trip I used my iron and was completely amazed this hair challenged person had perfect looking hair with shine I love this iron

*BOTTOM LINE* Yes, I would recommend this to a friend

*Was this review helpful? Yes / No – You may also flag this review*

---

(*1 of 1* customers found this review helpful)

10/24/2013

★★★★★     **Good purchase for the money**

By *Juju*

from *Florida*

About Me *Beauty Conscious*



| PROS | CONS | BEST USES |
|------|------|-----------|
| Creates Shine | Time Consuming | Humid Conditions |
| Durable | | Thin Hair |
| Good Quality | | |
| Heats Up Fast | | |
| Multiple Settings | | |
| Smooths Frizz | | |

**Comments about** *Remington Wet 2 Straight Flat Iron With Soy Hydra Complex*:

EXHIBIT 4
Page 23

I use this item daily. I bought this in hopes of minimizing the time I spend on my hair. I tried this when my hair was wet and it works great but very time consuming. So I blowdry my hair some first then use the flat iron on damp hair and it works much better. Doesn't cut out much time though. I had a salon quality CHI flat iron previously, it did not have the different heat settings and was too hot for my hair.

*BOTTOM LINE* Yes, I would recommend this to a friend

*Was this review helpful? Yes / No - You may also flag this review*

(*1 of 1* customers found this review helpful)

10/19/2013

✰ ✰ ✰ ✰ ✰     **Firt flat iron**

By *Wendy*
from *Bakersfield*

About Me *Beauty Conscious*

| PROS | CONS | BEST USES |
|------|------|-----------|
| Durable | Damages Hair | Curly Hair |
| Good Quality | Snags hair | Frizzy Hair |
| Heats Up Fast | | Thick Hair |
| Multiple Settings | | |
| Smooths Frizz | | |
| Works Great | | |

**Comments about** *Remington Wet 2 Straight Flat Iron With Soy Hydra Complex:*

It was ok for my first flat iron, but now I'm looking for a new one. Mine was an older model of this one in red, but it was still the wet 2 straight. It lasted me 4 years and I loved it, it only snagged my hair like 1 once a month if ever. I didn't write down that it made my hair shiny because I don't know if it did because I put hair gloss in my hair. I never had any other problems with it...except the week before it died it would flicker from on to off, and I would have to turn it back on and wait for it to heat up again.

*BOTTOM LINE* Yes, I would recommend this to a friend

*Was this review helpful? Yes / No - You may also flag this review*

*Displaying reviews 1-10* Back to top                    *Previous | Next »*

EXHIBIT 4
Page 24

# EXHIBIT C

EXHIBIT 4
Page 25

FREE SHIPPING
details ▸

MEN    WOMEN    PARTS & ACCESSORIES    CLEARANCE    BLOG    My Account    Search
My Cart : 0 items

Women ▸ Product Lines ▸ Wet 2 Straight

Related Accessories



**Wet 2 Waves 2" Hair Waver**
Item # S7280

★★★★ · 3.8 / 5
Read all 5 reviews | Write a review

Price: **$27.99**

☑ In Stock    Shipping Policy

Quantity: [ 1 ▾ ]

👍+1    Like  Share { 18 }

▶ **Watch Product Videos**

Zoom

Available at **Walmart**

Wet 2 Straight 2" Flat Iron with Soy Hydra Complex
$27.99
More Info▸

Wet 2 Styled Straightener and Waver Combo
$52.98
More Info▸

Wet 2 Straight® Tropical 1" Straightener
$24.99
More Info▸

---

**Product Details**  Specifications  Product Reviews (5)  Question & Answer

The Wet 2 Straight 2" Waver dries & waves wet hair for a healthy smooth finish.

Traditional styling methods of blowdrying then styling can cause stress and overheating, leaving your hair damaged & brittle. Unique steam vents on top of this waver safely remove water from damp hair, allowing you to dry & style at the same time! This creates a longer-lasting beautiful finish.

- Ceramic Titanium Plates
- 425F Professional High Heat
- 30 Second Heat Up
- Auto Shutoff (60 minute)
- Wet/Dry Styling Indicator
- Unique Steam Vents
- 30 Heat Settings

Use and Care Manuals

Remington S7280 Use and Care Guide   pdf   300KB   English

UPC:074590518955

★★★★★ *Wonderful Waves!*

I love this waver!... I truly love getting the waves I want and they lasted all day!. -Robertkaye  Wisconsin Rapids, WI



**Wet 2 Waves 2" Hair Waver**
Remington's Wet 2 Waves 2" Hair Waver eliminates the need for blow drying. Steam vents dry hair faster with less damage. Ceramic and titanium wave plates and the 425 degree professional high heat create a longer lasting wave faster.



**How does the waver work?**
Remington's Wet 2 Waves 2" Hair Waver Traditional styling methods of blow drying then straightening can cause stress and overheating, leaving your hair damaged and brittle. Unique steam vents on top of this waver safely remove water from your damp hair, allowing you to dry & style at the same time! This creates a longer lasting wave with a beautiful finish.

Videos ──────────────────────────────




The "New" Wet 2 Waves



The "New" Wet 2 Waves Blogger Reviews



*NEW* Remington Wet 2 Waves – How to





**Ceramic Titanium Wave Plates**
For less damage



**Heat Settings**
30 Heat Settings with 425 degree
professional high heat



**Wet/Dry Styling Indicator**
Green light: use on wet hair
Amber light: use on dry hair



**2yr.** limited warranty

| | | | | |
|---|---|---|---|---|
| My Account | Remington Products | Consumer Service | Corporate | Sign-Up for our Newsletter |
| Shopping Cart | Men | Contact Us | Authorized Service Dealers | |
| Checkout | Women | Shipping & Delivery | Press Releases | |
| Quick Order | Parts & Accessories | Return Policy | Auto Delivery Terms of Use | Join the Conversation |
| Register My Product | Popular Searches | Use & Care Manuals | Where to Buy | |
| | | Safety Data Sheets | Affiliate Program | |

Mobile Version  |  Privacy Policy  |  Terms of Use  |  © 2014  Spectrum Brands, Inc., All Rights Reserved

# EXHIBIT D

EXHIBIT 4
Page 28

InStyler Wet-2-Dry



INTERNET ARCHIVE
WayBackMachine

http://www.getwet2dry.com   Go

2 captures
18 Oct 13 - 15 Feb 14

SEP **OCT** FEB    Close ✖
◀ **18** ▶        Help ?
2012 **2013** 2014

ORDER NOW   LIVE CHAT   ACK ORDER





About InStyler  Video Tips & Techniques  FAQ  Features



**BUY ONE GET ONE FREE!**

$14.99  ORDER NOW

30-Day Trial Offer | Limited Time Only



Straightens, Curls, Adds Volume and Shine

InStyler Wet-2-Dry

## WHILE IT DRIES!



Rotating Iron • 410° F • Instant Heat • Tourmaline Ceramic • Multiple Heat Settings • Auto Safety Shut-Off

Go from Wet to

**Volume and Shine Curls**          **Straight**          **Waves**



## NO BLOWDRYING
## NO FRIZZ
## NO DAMAGE*



*no additional damage caused by drying process

## A NEW WAY TO DRY AND STYLE ALL AT ONCE

- Styles up to 5X Faster with less damage
- Rotating barrel whisks water out of wet hair
- Straightens, curls adds volume and shine while it dries

InStyler Wet-2-Dry

- Less styling time, shiner, softer hair and a longer lasting style





"★★★★★"
*Recommended by Salon Professionals*

# The INSTYLER WET 2 DRY is a new way to dry and style all at once.

**HOW IT WORKS**

Water travels up and safely steams away
HEATED ROTATING BARREL
Whisks water out of wet hair



**DAMP HAIR** 

InStyler Wet-2-Dry



**DRY HAIR**

AIR INTAKE VENTS

Cool air is drawn in helping to push water from hair

Most wet to dry irons trap wet hair in between two hot plates and can boil the water in your hair causing damage and inferior results.

The InStyler Wet 2 Dry Rotating Iron dries by whisking water out of the hair strand and venting it away.

You can now SKIP BLOWDRYING and still get that amazing blowout look quickly and with LESS RISK OF DAMAGE.

## Less styling time, shinier, softer hair and a longer lasting style.

---

## Available in 2 Sizes and 2 Colors!

1¼" BARREL SIZE

- Straightens and Curls
- Creates Incredible Volume and Shine
- Creates Loose Curls and Wavy Volume

SMALLER ¾" BARREL SIZE

- Perfect for Shorter Hair
- Straightens and Curls
- Creates Tighter Curls and Bangs
- Styles Closer to the Root

InStyler Wet-2-Dry



1¼" Barrel

3/4" Barrel

## FREE Bonus!

- Microfiber Towel
- Heat-Resistant Travel Bag
- 3-in-1 Styling Comb
- Instructional DVD





BUY ONE GET
ONE FREE!

$14.99* **ORDER NOW**

30-Day Trial Offer | Limited
Time Only



Rotating Iron

*LIMITED TIME OFFER! - Try the InStyler Wet 2 Dry for only $14.99 (plus $19.99 shipping and processing). When

EXHIBIT 4
Page 33

InStyler Wet-2-Dry

you order, get a second InStyler Wet 2 Dry FREE! After 30 days keep both InStylers for the price of one with three monthly payments of $39.99 (for a total of $154.95)

**PLEASE NOTE: Additional shipping charges apply for orders shipping to Canada. Orders shipping to AK, GU, HI, PR, VI will include a $10 surcharge.

***State sales tax will be applied to orders shipping to CA.

To order by PHONE please call (800) 221-8961

PRIVACY POLICY      RETURN POLICY      FAQ      TRACK ORDER      ARBITRATION AGREEMENT
WARRANTY      CUSTOMER SERVICE



©2013 TRE MILANO LLC. All Rights Reserved.



EXHIBIT 4
Page 34

**EXHIBIT 5**



**KILPATRICK
TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Suite 2800, 1100 Peachtree Street NE
Atlanta, GA 30309-4528
t 404 815 6500  f 404 815 6555

June 17, 2014

direct dial 404 815 6572
direct fax 404 541 3240
CHenn@kilpatricktownsend.com

*Via Email*

C. Dennis Loomis
Baker & Hostetler LLP
11601 Wilshire Blvd.
Suite 1400
Los Angeles, California 90025
cdloomis@bakerlaw.com

   Re:  Infringement of Spectrum's WET2 Marks by InStyler

Dear Dennis:

  This is in response to your May 29 letter.

  At the outset, Spectrum appreciates Tre Milano's willingness to discontinue all use of the "Wet 2 Dry" designation. Your proposal to use a "descriptive presentation" of "wet to dry," however, requires more clarity before it would be acceptable to Spectrum.

  To be clear, if Tre Milano's proposal is simply to change the number "2" to the word "to," that is unacceptable. These products are substantially similar, targeted to essentially the same consumers, and appear a mere two to four feet apart on retail store shelves. Prominent use of "Wet to Dry" on packaging or on promotional websites in a manner that looks like a brand – or a sub-brand of Instyler – is still substantially likely to cause confusion. If, on the other hand, in the body of text discussing the product, Tre Milano explains that the product may be used on wet hair and that it both styles the hair and dries it, and makes a truly descriptive, non-trademark use of the phrase "wet to dry," Spectrum likely would not object.

  Please clarify what Tre Milano proposes. In fact, I note that Tre Milano has not yet ceased use of the "Wet 2 Dry" designation as your letter suggests it would.  An example is at www.getwet2dry.com, a screen-capture of which appears at the top of the next page:

ATLANTA  AUGUSTA  CHARLOTTE  DENVER  LOS ANGELES  NEW YORK  RALEIGH  SAN DIEGO  SAN FRANCISCO
SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM

EXHIBIT 5
Page 35

C. Dennis Loomis
June 17, 2014
Page 2









We propose Tre Milano go ahead and modify this website in the manner it is proposing. This will (a) serve as a show of Tre Milano's good-faith willingness to cease use of the "Wet 2 Dry" as a trademark and alleviate confusion; and (b) allow Spectrum to consider *specifically* what you mean when you propose a "descriptive presentation" of "wet to dry."

I look forward to your prompt response. We still hope to avoid having to initiate litigation in the United States District Court for the Western District of Wisconsin to enforce Spectrum's trademark rights, and are therefore willing to continue these discussions for the next couple of weeks.

Best regards,

R. Charles Henn Jr.

EXHIBIT 5
Page 36

**EXHIBIT 6**



**KILPATRICK**
**TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Suite 2800, 1100 Peachtree Street NE
Atlanta, GA 30309-4528
t 404 815 6500  f 404 815 6555

direct dial 404 815 6572
direct fax 404 541 3240
cHenn@kilpatricktownsend.com

September 15, 2014

*Via Email*

C. Dennis Loomis
Baker & Hostetler LLP
11601 Wilshire Blvd.
Suite 1400
Los Angeles, California 90025
cdloomis@bakerlaw.com

     Re:    Infringement of Spectrum's WET2 Marks

Dear Dennis:

     We are writing in response to your letter dated August 8, 2014. We have had an opportunity to discuss this dispute, and your letter, with our client and still hope to come to a resolution that allows both parties to avoid litigation.

     Your August 8th letter states that Tre Milano is unwilling to undergo packaging changes without assurance in advance that these unseen changes will resolve the dispute and avoid litigation; however, Spectrum is unable to provide such assurances without examining the new labeling. We understand your client's desire to avoid making potentially costly changes that may not prevent litigation and do not seek for this issue to cause an impasse. To move the ball forward, we request that Tre Milano provide us with mock-ups of the proposed packaging and online/in-store marketing so that we can discuss whether the change is sufficient to obviate consumer confusion and prevent the need for litigation.

     Despite any disagreements you and your client may have with Spectrum regarding the reach of its rights in the WET2STRAIGHT mark, you have stated that your client's use of "wet 2 dry" is intended in a descriptive sense and that your client does not seek to present its altered "wet to dry" product feature element as either a brand or a sub-brand. If this is in fact true, it should not be an issue for Tre Milano to create new packaging and marketing that is not objectionable to Spectrum. Please provide us with a mockup of new packaging and online/in-store marketing that removes the trademark references to "wet 2 dry" and instead uses "wet to dry" in a purely descriptive and non-source identifying way. In other words, in a manner that does not feature the term as a brand or sub-brand, and which does not display the term prominently on the package such that consumers might view the term as a trademark.

     In reference to the last paragraph of your letter, both parties are in agreement that Spectrum need not act as Tre Milano's "design consultant," and Spectrum's request is not an

ATLANTA  AUGUSTA  CHARLOTTE  DENVER  LOS ANGELES  NEW YORK  RALEIGH  SAN DIEGO  SAN FRANCISCO
SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM

EXHIBIT 6
Page 37

C. Dennis Loomis
September 15, 2014
Page 2

attempt to acquire creative control over Tre Milano's packaging and marketing re-design.  As an experienced trademark attorney, you must be well aware that review of proposed changes to a logo, word mark, or product packaging is a routine step in negotiating a settlement, and that Spectrum's request to review mockups of altered packaging is not unreasonable.

Spectrum remains hopeful that this matter can be resolved amicably.  If your client shares Spectrum's interest in efficiently resolving this matter, please confirm that Tre Milano will provide Spectrum with mockups of a new label design that meets the criteria set out above, and that mockups will be provided by September 30, 2014.  Otherwise, we will have no choice but to initiate litigation in the United States District Court for the Western District of Wisconsin to enforce Spectrum's trademark rights.

Best regards,

R. Charles Henn Jr.

EXHIBIT 6
Page 38

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRE MILANO, LLC, a California limited liability company, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. |
| v. | ) ) | **CV14-07605** JAK(AGR) |
| SPECTRUM BRANDS, INC., a Wisconsin corporation, and ROVCAL, INC., a Wisconsin corporation, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    ROVCAL, INC., and SPECTRUM BRANDS, INC.,
    a Wisconsin corporation  Madison, Wisconsin

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    C. Dennis Loomis, Bar No. 82359
    BAKER & HOSTETLER LLP
    11601 Wilshire Boulevard, Suite 1400
    Los Angeles, California 90025-7120

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/30/2014 _____                    _____
                                                      *Signature of Clerk or Deputy Clerk*

1170


American LegalNet, Inc.
www.FormsWorkFlow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

COPY

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
TRE MILANO, LLC, a California limited liability company

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
SPECTRUM BRANDS, INC., a Wisconsin corporation, and
ROVCAL, INC., a Wisconsin corporation

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
C. Dennis Loomis, Esq.
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, 14th Floor
Los Angeles, California 90025-0509
Tel: (310) 820-8800

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Declaratory Judgment Act, 28 U.S.C. §§2201 and 2202, and the Lanham Act, 15 U.S.C. §1051 et seq. Complaint seeks a Declaration of Non-Infringement.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY:   Case Number: _____   CV14-07605

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Wisconsin |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _C. Dennis Loomis_   DATE: September 30, 2014

C. Dennis Loomis

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

American LegalNet, Inc.
www.FormsWorkFlow.com